1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No.111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:   (415) 576-0300
   Email:        gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8
                          UNITED STATES DISTRICT COURT
9
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                                        *E-FILED - 2/8/06*
11

12  | LEVI STRAUSS & CO.,        | Case No. C 05-03882 RMW              |
    |                            |                                      |
13  |           Plaintiff,       | STIPULATION AND                      |
    |                            | ORDER CONTINUING CASE                |
14  |      v.                    | MANAGEMENT CONFERENCE                |
    |                            |                                      |
15  | FOUR STAR DISTRIBUTION,    | CMC Date:   February 10, 2006        |
    |                            | CMC Time:   10:30 a.m.               |
16  |           Defendant.       |                                      |

17
    FOUR STAR DISTRIBUTION,
18
               Counterclaimant,
19
          v.
20
    LEVI STRAUSS & CO.,
21
               Counterdefendant.
22

23

24      By order dated November 10, 2005, this Court set the above-referenced action for an Initial

25  Case Management Conference on February 10, 2006, at 10:30 a.m.  Since the filing of the complaint,

26  defendant has filed counterclaims; LS&CO.'s response is currently due on February 14, 2006.

27

28

1    The parties have been discussing the terms of a possible settlement.  Although the parties have
2 not reached final agreement on such terms, negotiations are continuing and the parties are hopeful that
3 an amicable resolution can be reached, thus avoiding any need to expend the parties' or the Court's
4 resources on litigation of this matter.

5    Accordingly, the parties respectfully request that the initial Case Management Conference be
6 continued for four weeks, or until March 10, 2006, in order to give the parties the opportunity to
7 continue and hopefully to complete their settlement discussions.

DATED:  February 6, 2006         Respectfully submitted,

                                 TOWNSEND AND TOWNSEND AND CREW LLP


                                 By: /s/*Gia L. Cincone*
                                     GIA L. CINCONE

                                 Attorneys for Plaintiff and Counterdefendant
                                 LEVI STRAUSS & CO.


DATED:  February 6, 2006         KAUFMAN KAUFMAN & MILLER LLP


                                 By: /s/ *Mitchell F. Kaufman*
                                     MITCHELL F. KAUFMAN

                                 Attorneys for Defendant and Counterclaimant
                                     FOUR STAR DISTRIBUTION

IT IS SO ORDERED.

DATED:     2/8/06              /s/ Ronald M. Whyte
                               Hon. Ronald M. Whyte
                               United States District Judge


60695478 v1