1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No.111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email:    gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8
                    UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                                    *E-FILED - 3/9/06*
11
   LEVI STRAUSS & CO.,                  Case No. C 05-03882 RMW
12
                 Plaintiff,             STIPULATION AND
13                                      ORDER CONTINUING CASE
           v.                           MANAGEMENT CONFERENCE
14
   FOUR STAR DISTRIBUTION,              CMC Date:   March 10, 2006
15                                      CMC Time:   10:30 a.m.
                 Defendant.
16
   _____
17
   FOUR STAR DISTRIBUTION,
18
                 Counterclaimant,
19
           v.
20
   LEVI STRAUSS & CO.,
21
                 Counterdefendant.
22

23

24      By order dated November 10, 2005, this Court set the above-referenced action for an Initial

25 Case Management Conference on February 10, 2006. By Stipulation and Order signed by the Court

26 on February 8, 2006, the Initial Case Management Conference was continued to March 10, 2006.

27

28

1  Since the filing of the last Stipulation and Order continuing the Initial Case
2  Management Conference, the parties have continued to discuss the terms of a possible settlement.
3  Progress has been made and the parties remain hopeful that a settlement can be finalized in the near
4  future, thus avoiding any need to expend the parties' or the Court's resources on litigation of this
5  matter.
6  Accordingly, the parties respectfully request that the Initial Case Management Conference be
7  further continued for another four weeks, or until April 7, 2006, at 10:30 a.m., in order to give the
8  parties the opportunity to continue and hopefully to complete their settlement discussions.  The
9  parties' Joint Case Management Statement and Levi Strauss & Co.'s response to Four Star
10 Distribution's counterclaims will be due on March 31, 2006.  The parties will not request any further
11 continuance of these dates.

13 DATED:  March 8, 2006                Respectfully submitted,

14                                     TOWNSEND AND TOWNSEND AND CREW LLP

16                                     By: /s/*Gia L. Cincone*
                                            GIA L. CINCONE

17                                     Attorneys for Plaintiff and Counterdefendant
                                       LEVI STRAUSS & CO.

19 DATED:  March 8, 2006                KAUFMAN KAUFMAN & MILLER LLP

21                                     By: /s/ *Mitchell F. Kaufman*
                                            MITCHELL F. KAUFMAN

23                                     Attorneys for Defendant and Counterclaimant
                                       FOUR STAR DISTRIBUTION

24 IT IS SO ORDERED.

26 DATED:  3/9/06                      /s/ Ronald M. Whyte
                                       Hon. Ronald M. Whyte
27                                     United States District Judge

28 60720301 v1