1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No.111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:   (415) 576-0300
   Email:      gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                                *E-FILED - 4/13/06*
11
   LEVI STRAUSS & CO.,                 Case No. C 05-03882 RMW
12
              Plaintiff,
13
       v.
14
   FOUR STAR DISTRIBUTION,             STIPULATION OF DISMISSAL
15                                     WITHOUT PREJUDICE
              Defendant.                   AND ORDER
16
   ─────────────────────────────
17
   FOUR STAR DISTRIBUTION,
18
              Counterclaimant,
19
       v.
20
   LEVI STRAUSS & CO.,
21
              Counterdefendant.
22

23

24     The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure

25  41(a)(1), stipulate that this action, including Levi Strauss & Co.'s claims and Four Star Distribution's

26

27

28

STIPULATION OF DISMISSAL          - 1 -          Levi Strauss & Co. v. Four Star Distribution
WITHOUT PREJUDICE                                        Case No. C 05-03882 RMW

1  counterclaims, be and hereby is dismissed without prejudice.  Each party shall bear its own costs and
2  attorneys' fees.
3
4  DATED:  April 4, 2006                     Respectfully submitted,
5                                            TOWNSEND AND TOWNSEND AND CREW LLP
6
7                                            By: /s/*Gia L. Cincone*_____
                                                 GIA L. CINCONE
8                                            Attorneys for Plaintiff and Counterdefendant
                                             LEVI STRAUSS & CO.
9
10 DATED:  April 4, 2006                     KAUFMAN KAUFMAN & MILLER LLP
11
12                                           By: */s/ Mitchell F. Kaufman*_____
                                                 MITCHELL F. KAUFMAN
13
14                                           Attorneys for Defendant and Counterclaimant
                                             FOUR STAR DISTRIBUTION
15
16 IT IS SO ORDERED.
17 DATED:  __4/13/06_____                   /S/ RONALD M. WHYTE_____
                                             Hon. Ronald M. Whyte
18                                           United States District Judge
19 60740727 v1
20
21
22
23
24
25
26
27
28